[No. 57191-5-I.   Division One.   July 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE WESLEY WARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-02346-9, Kitty-Ann van Doorninck, J., entered May 3, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56404-8-I.   Division One.   July 3, 2006.]

KAURI INVESTMENTS, LTD., *Appellant*, v. GENERAL INSURANCE COMPANY OF AMERICA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-40223-1, Anthony P. Wartnik, J., entered June 10, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker and Dwyer, JJ.

[No. 54981-2-I.   Division One.   July 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ANRIO DEMETREOUD ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-10205-5, Julie Spector, J., entered September 20, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 33528-0-II.   Division Two.   July 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE MANSON ST. OURS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-00972-3, Ronald E. Culpepper, J., entered July 12, 2005. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.